FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 06, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERTO VALENCIA-SANCHEZ,<br><br>Defendant. | No: 1:16-cr-02015-LRS<br><br>ORDER GRANTING MOTION TO DISMISS INDICTMENT |
|---|---|

Before the Court is the Government's Motion to Dismiss Indictment pursuant to Federal Rule of Criminal Procedure 48(a). ECF No. 49. The court has reviewed the record and finds the motion should be granted, but makes no judgment as to the merit or wisdom of this dismissal. Accordingly,

**IT IS ORDERED:**

1. The Motion to Dismiss Indictment, **ECF No. 49**, is **GRANTED.**

ORDER - 1

2. The Indictment as to Roberto Valencia-Sanchez, **ECF No. 34**, is

   **DISMISSED** without prejudice.

The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** October 6, 2022.

*/s/ Lonny R. Suko*
LONNY R. SUKO
Senior United States District Judge

ORDER - 2